The People of the State of Illinois, defendant in error, v. Ray O. Ludwick, plaintiff in error.

Conviction on charge of selling liquor in anti-saloon territory. Error to the County Court of Champaign county; the Hon. Roy C. Freeman, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed April 19, 1918.

F. T. Carson and A. J. Miller, for plaintiff in error. Louis A. Busch and H. D. Roth, for defendant in error.

Mr. Justice Thompson delivered the opinion of the court.

---

Lester Blackwelder, defendant in error, v. William J. Jackson, receiver of Chicago & Eastern Illinois Railroad Company, plaintiff in error.

Action to recover for expulsion from a passenger train and for personal injuries alleged to have been then sustained. Judgment for plaintiff. Error to the Circuit Court of Montgomery county; the Hon. William B. Wright, Judge, presiding. Heard in this court at the October term, 1917. Reversed and remanded. Opinion filed April 19, 1918.

Hill & Bullington, for plaintiff in error; H. T. Dick, of counsel. J. Earl Major and Edward C. Kaburick, for defendant in error.

Mr. Justice Thompson delivered the opinion of the court.

---

George W. Rosebraugh, conservator of Lulu Sizemore, appellant, v. Charleston State Bank and Fred G. Hudson, trustee, appellees.

Bill to obtain construction of a mortgage as to the disposition of a fund in the hands of a trustee. Decree against complainant. Appeal from the Circuit Court of Coles county; the Hon. Augustus A. Partlow, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed April 19, 1918.

T. N. Cofer, for appellant. Albert C. and Ben F. Anderson, for appellees.

Mr. Justice Thompson delivered the opinion of the court.

---

John H. Powers, appellee, v. Estate of Mary Ellen Murray, deceased, appellant.

Claim against estate based on notes. Judgment against estate on appeal from Probate Court. Appeal from the Circuit Court of Vermilion county; the Hon. Augustus A. Partlow, Judge, presiding. Heard in this court at the October term, 1917. Affirmed. Opinion filed April 19, 1918.

Lindley, Penwell & Lindley, for appellant; Walter C. Lindley, of counsel. Swallow & Bookwalter, for appellee.

Mr. Justice Thompson delivered the opinion of the court.